623 P.2d 574

**STATE of New Mexico, Petitioner,**

v.

**Marvin BROWN and Melvin Brown, Respondents.**

**No. 13232.**

Supreme Court of New Mexico.

Feb. 5, 1981.

Jeff Bingaman, Atty. Gen., Marcia E. White, Asst. Atty. Gen., Santa Fe, for petitioner.

Martha A. Daly, Appellate Defender, Santa Fe, for respondents.

**ORDER**

RIORDAN, Justice.

This matter was brought to the Supreme Court on Certiorari after a summary reversal by the Court of Appeals. The Court of Appeals relied on its decision in *State v. Jones*, 96 N.M.App. 18, 627 P.2d 413 (1980).

*State v. Jones*, 96 N.M. 14, 627 P.2d 409 has been reversed by the Supreme

Court in Cause No. 13,221 (filed January 26, 1981).

This case is remanded to the Court of Appeals for reconsideration of the appeal in light of the decision of *State v. Jones* and the holding therein.

IT IS ORDERED.

EASLEY, C. J., SOSA, Senior Justice, and PAYNE and FEDERICI, JJ., concur.